ROBERT J. SCHWARZENBACH v. MAX SCHWARZ, **Impleaded, etc.**—Application

denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.